Dina L. Anderson
Chapter 7 Trustee
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050
Email: General@DLATrustee.com
Phone: (480) 304-8312

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:19-bk-12898-BKM |
| DAVID W REMIERES<br>JENNIFER F REMIERES,<br>Debtors. | Chapter 7<br>**TRUSTEE'S NOTICE OF WITHDRAWAL OF NOTICE TO ABANDON PROPERTY** |

Dina Anderson, Chapter 7 trustee herein ("Trustee"), hereby gives notice that the Trustee's Notice to Abandon Property regarding *Real property located at 9021 W. Elm Street Unit 3, Phoenix, AZ 85037,* filed on December 17, 2019 at Docket Entry No. 28 is withdrawn.

Dated: December 23, 2019

/s/ <u>*Dina L. Anderson*</u>
Dina L. Anderson
Chapter 7 Trustee