**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee Dina L. Anderson

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DAVID W. REMIERES AND<br>JENNIFER F. REMIERES,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:19-bk-12898-BKM<br><br>**MOTION FOR EXPEDITED HEARING ON MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS**<br><br>**(Hearing requested prior to August 18, 2020)**<br><br>Re: 9021 W. Elm Street, Unit 3<br>Phoenix, AZ 85037<br>Tax Parcel No. 102-83-349 |

Pursuant to Local Bankruptcy Rule 9013-1(h), Dina L. Anderson, the Chapter 7 Trustee ("Trustee") in the David W. Remieres and Jennifer F. Remieres ("Debtors") bankruptcy estate, by and through undersigned counsel, hereby requests an Order setting an expedited hearing on or before August 18, 2020 to consider the *Motion to Approve Sale of Real Property Free and Clear of Liens* ("Motion").

**I.      Contact Information for Other Parties**

The contact information for the interested parties is set forth as follows and are incorporated herein by this reference:

| | |
|---|---|
| Dina L. Anderson<br>*Chapter 7 Trustee* | Edwin Adrian Perez<br>edwin.adrian760@gmail.com<br>*Buyer* |
| Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 | |

/ / /

/ / /

/ / /

| | |
|---|---|
| William E Markov<br>HARTLEY MARKOV LAW<br>11225 North 28th Drive, Suite B-103<br>Phoenix, AZ 85029<br>bill@hartleymarkov.com<br>*Attorneys for Debtor*<br><br>David W. Remieres<br>Jennifer R. Remieres<br>529 York Avenue<br>Pawtucket, RI 02861<br>*Debtors*<br><br>Heena Khatri<br>Principal Real Estate Broker<br>UrbanCiti Realty & Property Management<br>heena@urbanciti.com<br>*Listing Agent*<br><br>Stephen Chip<br>Tasha Santora<br>Maurice Jackson<br>BK Global Real Estate Services<br>1095 Broken Sound Pkwy NW Suite 100<br>Boca Raton, Florida 33487<br>schip@bkginc.com<br>tsantora@bkginc.com<br>mjackson@bkginc.com<br><br>Melissa Columbus<br>ServiceLink NLS, LLC<br>1400 Cherrington Parkway<br>Moon Township, PA 15108<br>melissa.columbus@servicelinkfnf.com<br>*Title Company* | Alex Schulz<br>Christina Harper<br>The Mortgage Law Firm, PC<br>2999 N. 44th Street, Suite 625<br>Phoenix, AZ 85015<br>Alex.Schulz@mtglawfirm.com<br>Christina.Harper@mtglawfirm.com<br>*Attorneys for U.S. Bank, N.A.*<br><br>US Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301<br>(Account ending 7416)<br>*Lien Holder*<br><br>US Bank Home Mortgage<br>PO Box 790415<br>St. Louis, MO 63179-0415<br>(Account ending 7416)<br>*Lien Holder*<br><br>Maricopa County Tax Assessor<br>301 West Jefferson St., Suite 100<br>Phoenix, Arizona 85003<br>*County Tax Assessor/Auditor*<br><br>AS&A Property Management<br>c/o Vista Dos Day H.O.A.<br>3802 N. 53rd Ave. #140<br>Phoenix, AZ 85031 |

**II.     Facts Showing Existence and Nature of Emergency**

1. On October 9, 2019, the Debtors filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code.

2. Dina L. Anderson is the duly appointed Chapter 7 Trustee assigned to this case.

3. On August 3, 2020, the Trustee filed the *Motion to Approve Sale of Real Property Free and Clear of Liens* ("Motion").

4. The Trustee requires an expedited hearing on the Motion as the Buyer requires the sale to close by August 24, 2020.

5. Any additional delay in entering an order approving the Motion could jeopardize the Property and the sale to the Buyer.

6. As such, cause exists for this Court to set an expedited hearing on the Motion.

**III. <u>Notice of Accelerated Hearing</u>**

Copies of this motion were mailed, and sent via facsimile and/or e-mail where such contact information was available, to the Debtors, the Debtors' Attorney, the Trustee, the United States Trustee, the Trustee's court-appointed Realtor, the Buyer, the lender, Attorney for lender, any other prospective buyers and to any other parties requesting notice in this case.

**WHEREFORE**, Trustee respectfully requests that this Court set an expedited hearing on the Motion on or before August 18, 2020.

RESPECTFULLY SUBMITTED: August 3, 2020

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee

**E-FILED** on August 3, 2020 with the
U.S. Bankruptcy Court and copies served
via ECF notice on all parties that have
appeared in the case.

**COPY** mailed and/or emailed the same date to:

Dina L. Anderson
*Chapter 7 Trustee*

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

William E Markov
HARTLEY MARKOV LAW
11225 North 28th Drive, Suite B-103
Phoenix, AZ 85029
bill@hartleymarkov.com
*Attorneys for Debtor*

David W. Remieres
Jennifer R. Remieres
529 York Avenue
Pawtucket, RI 02861
*Debtors*

/ / /

| | |
|---|---|
| 1 | Heena Khatri<br>Principal Real Estate Broker |
| 2 | UrbanCiti Realty & Property Management |
| 3 | heena@urbanciti.com<br>*Listing Agent* |
| 4 | Stephen Chip |
| 5 | Tasha Santora<br>Maurice Jackson |
| 6 | BK Global Real Estate Services<br>1095 Broken Sound Pkwy NW Suite 100 |
| 7 | Boca Raton, Florida 33487<br>schip@bkginc.com |
| 8 | tsantora@bkginc.com<br>mjackson@bkginc.com |
| 9 | Melissa Columbus |
| 10 | ServiceLink NLS, LLC<br>1400 Cherrington Parkway |
| 11 | Moon Township, PA 15108<br>melissa.columbus@servicelinkfnf.com |
| 12 | *Title Company* |
| 13 | Edwin Adrian Perez<br>edwin.adrian760@gmail.com |
| 14 | *Buyer* |
| 15 | Alex Schulz |
| 16 | Christina Harper<br>The Mortgage Law Firm, PC |
| 17 | 2999 N. 44th Street, Suite 625<br>Phoenix, AZ 85015 |
| 18 | Alex.Schulz@mtglawfirm.com<br>Christina.Harper@mtglawfirm.com |
| 19 | *Attorneys for U.S. Bank, N.A.* |
| 20 | US Bank Home Mortgage<br>4801 Frederica Street |
| 21 | Owensboro, KY 42301<br>(Account ending 7416) |
| 22 | *Lien Holder* |
| 23 | US Bank Home Mortgage<br>PO Box 790415 |
| 24 | St. Louis, MO 63179-0415<br>(Account ending 7416) |
| 25 | *Lien Holder* |
| 26 | Maricopa County Tax Assessor<br>301 West Jefferson St., Suite 100 |
| 27 | Phoenix, Arizona 85003<br>*County Tax Assessor/Auditor* |
| 28 | |

| | |
|---|---|
| 1 | AS&A Property Management<br>c/o Vista Dos Day H.O.A.<br>3802 N. 53rd Ave. #140<br>Phoenix, AZ 85031 |
| 2 | |
| 3 | |
| 4 | */s/ Monica J. Baca* |