**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | CHAPTER 7 |
|---|---|
| DAVID W. REMIERES AND JENNIFER F. REMIERES, | Case No. 2:19-bk-12898-BKM |
| Debtors. | **REPORT OF FAILED TRUSTEE'S SALE** |

Pursuant to Fed.R.Bankr.P. 6004(f)(1), Dina L. Anderson, Chapter 7 Trustee in the above-captioned case, reports that pursuant to the *Order Granting Chapter 7 Trustee's Motion to Set Sale Procedures to Sell Real Property Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. § 363(B), (F), (K) and (M)* [Docket No. 60] ("Order Approving Sale Procedures") and *Order Granting Motion to Approve Sale of Real Property Free and Clear of Liens* [Docket No. 73], the bankruptcy estate's interest in real property located at 9021 W. Elm Street, Unit 3, Phoenix, AZ - Tax Parcel No. 102-83-349 ("Property") was sold for the total sum of $111,825.00 to Edwin Adrian Perez, or nominee (collectively "Buyer"). Buyer failed to complete the transaction and the breach of contract provisions were enacted wherein the Seller was entitled to the earnest funds of $5,591.25. The Trustee received the earnest funds from the title company. Thereafter, pursuant to the Order Approving Sale Procedures, the Trustee and BK Global attempted to sell the Property at auction. When the auction sale failed to obtain a viable buyer, the Trustee signed a *Bankruptcy Trustee's Deed in Lieu of Foreclosure* and returned the Property to the lender for the agreed upon surcharge amount of $7,500.00. The Trustee received the surcharge funds from U.S. Bank, N.A.

/ / /

/ / /

\\SERVER03\client\Remieres, David W. and Jennifer F\2826-001\Trustee Sale Documents\415119.doc

| | |
|---|---|
| 1 | DATED: December 16, 2020 |
| 2 | **GUTTILLA MURPHY ANDERSON, P.C.** |
| 3 | |
| 4 | _/s/ DMM 20368_____<br>Dawn M. Maguire<br>Attorneys for Chapter 7 Trustee |
| 5 | |

6

**E-FILED** on December 16, 2020 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

7

**COPY** mailed and/or emailed the same date to:

8

9

Dina L. Anderson
*Chapter 7 Trustee*

10

Office of the U.S. Trustee
230 N. First Avenue, Suite 204

11

Phoenix, AZ 85003-1706

12

William E Markov
HARTLEY MARKOV LAW

13

11225 North 28th Drive, Suite B-103
Phoenix, AZ 85029

14

bill@hartleymarkov.com
*Attorneys for Debtor*

15

16

David W. Remieres
Jennifer R. Remieres

17

529 York Avenue
Pawtucket, RI 02861

18

*Debtors*

19

Stephen Chip
Tasha Santora

20

BK Global Real Estate Services
1095 Broken Sound Pkwy NW Suite 100

21

Boca Raton, Florida 33487

22

schip@bkginc.com
tsantora@bkginc.com

23

Alex Schulz
Christina Harper

24

The Mortgage Law Firm, PC
2999 N. 44th Street, Suite 625

25

Phoenix, AZ 85015

26

Alex.Schulz@mtglawfirm.com
Christina.Harper@mtglawfirm.com

27

*Attorneys for U.S. Bank, N.A.*

28

_/s/ Monica Baca_____

Case 2:19-bk-12898-BKM   Doc 78   Filed 12/16/20   Entered 12/16/20 11:07:40   Desc
Main Document    Page 2 of 2